UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | MDL No. 16-02677-GAO |

ORDER OF DISMISSAL
July 8, 2022

O'TOOLE, D.J.

Having concluded pretrial proceedings and all claims in this Court having been resolved through settlement, dismissal, or remand, the Court has completed the directive of this MDL and it is <u>CLOSED</u>.

By the Court,

/s/ Danielle Kelly
Deputy Clerk

Form of Order Approved By:

/s/ George A. O'Toole, Jr.
United States District Judge